UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR<br>GUN RIGHTS, and JOSEPH R. CAPEN,<br><br>      Plaintiffs,<br><br>v.<br><br>CHARLES D. BAKER, in his official capacity<br>as Governor of the Commonwealth of<br>Massachusetts, and MAURA HEALEY,<br>in her official capacity as Attorney General of<br>the Commonwealth of Massachusetts,<br><br>      Defendants. | CIVIL ACTION NO.:<br>1:22-cv-11431-FDS |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney on behalf of the defendants, Charles D. Baker, in his official capacity as Governor of the Commonwealth of Massachusetts, and Maura Healey, in her official capacity as Attorney General of the Commonwealth of Massachusetts.

September 29, 2022
Respectfully submitted,

*s/ Julie E. Green*
Julie E. Green, BBO# 645725
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2085
(617) 727-5785 (Facsimile)
Julie.Green@mass.gov

## **CERTIFICATE OF SERVICE**

  I, Julie E. Green, hereby certify that, on September 29, 2022, a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                    */s/ Julie E. Green*