UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and JOSEPH R. CAPEN,<br><br>      Plaintiffs,<br><br>   v.<br><br>MAURA HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>      Defendants. | Civil Action No. 1:22-cv-11431-FDS |

## JOINT MOTION TO SET BRIEFING SCHEDULE
## FOR PLAINTIFFS' PRELIMINARY INJUNCTION MOTION

The Plaintiffs, National Association for Gun Rights and Joseph R. Capen, and the Defendant, Maura Healey, in her official capacity as Attorney General of the Commonwealth of Massachusetts, respectfully request entry of a briefing schedule for resolution of Plaintiffs' Motion for Preliminary Injunction, in accordance with the schedule proposed below.

As grounds for this motion, the Parties state as follows:

1. Plaintiffs filed this action on September 7, 2022.

2. On November 9, 2022, the Plaintiffs filed a motion for a preliminary injunction (the "Motion").

3. The Parties have conferred about a mutually acceptable schedule for the orderly briefing of the Motion, and have agreed to the following schedule:

| **Event** | **Filing Deadline** |
|---|---|
| Defendant's Opposition to Motion | January 31, 2023 |
| Plaintiffs' Reply | March 7, 2023 |
| Defendant's Surreply | April 6, 2023 |
| Hearing on Motion | To be scheduled in May 2023, or at the convenience of the Court |

Accordingly, the Parties respectfully request that the Court set the foregoing schedule for the orderly briefing of the Motion, and enter the schedule as an order of the Court.

November 17, 2022                                                     Respectfully submitted,

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and JOSEPH R. CAPEN | MAURA HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts, |
| <u>s/ Barry K. Arrington</u><br>Barry K Arrington<br>Arrington Law Firm<br>4195 Wadsworth Blvd.<br>Wheat Ridge, CO 80033<br>303-205-7870<br>barry@arringtonpc.com<br><br>Thomas M. Harvey<br>Law Office of Thomas M. Harvey<br>22 Mill Street<br>Suite 408<br>Arlington, MA 02476-4744<br>617-710-3616<br>tharveyesq@aol.com | <u>s/ Julie E. Green</u><br>Julie E. Green, BBO # 645725<br>Grace Gohlke, BBO # 704218<br>Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108-1698<br>(617) 963-2085<br>(617) 963-2527<br>(617) 727-5785 (Facsimile)<br>Julie.Green@mass.gov<br>Grace.Gohlke@mass.gov |

### CERTIFICATE OF SERVICE

I, Julie E. Green, hereby certify that a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 17, 2022.

<i>/s/ Julie E. Green</i>