UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

NATIONAL ASSOCIATION FOR GUN RIGHTS,
and JOSEPH R. CAPEN,

        Plaintiffs,

   v.

ANDREA JOY CAMPBELL, in her official
capacity as Attorney General of the Commonwealth
of Massachusetts,

        Defendant.

Civil Action No. 1:22-cv-11431-FDS

---

### Declaration of Ryan Busse

I, Ryan Busse, hereby depose and state:

1.  I am over the age of 18 and am competent to testify to the matters stated below based on personal knowledge.

2.  I have attached a copy of an expert report I have prepared, together with a copy of my curriculum vitae. The opinions expressed in this report are based on my knowledge, skill, experience, training, and education, and I hold these opinions to a reasonable degree of professional certainty. I hereby adopt and incorporate my report in this declaration as if set forth in full.

I declare under penalty of perjury on this 26ᵗʰ day of JAN                 , 2023 that the foregoing is true and correct.

Ryan Busse

## DECLARATION OF RYAN BUSSE

I, Ryan Busse, declare that the following is true and correct:

1.      I am a former senior executive in the firearms industry and the author of

*Gunfight:  My Battle Against the Industry that Radicalized America* (New York:  PublicAffairs,

2021).

2.      This declaration is based on my own personal knowledge and experience, and if I

am called to testify as a witness, I could and would testify competently to the truth of the matters

discussed in this declaration.

### BACKGROUND AND QUALIFICATIONS

3.      I was raised with firearms as an integral part of my life.  I began shooting with

various guns as a young boy and continued to regularly use and study guns throughout my life (I

am now 52).  After graduating college, I entered the firearms industry in 1992.  I became a sales

executive in the firearms industry in 1995, and I spent more than 25 years in this role. While in

the industry, I developed innovative sales teams, maintained relationships with the largest

national retailers, and was responsible for worldwide sales of millions of firearms. I built a

dealer-direct sales network that included more than 2500 firearms dealers including locations in

all 50 states, and I regularly visited these dealers. In my job, I also studied and built sales

programs that relied on understanding the technical nature of most firearms available in the U.S.

market, including AR platform guns and other types of rifles.  During my career, I played an

integral role in building one of the largest firearms companies in the United States, Kimber, and I

was nominated by shooting industry leadership many times for the SHOT Business "Shooting

Industry Person of the Year" Award.  I served in an executive sales capacity as Vice President of

Sales until August 2020.  While in the industry I served as an advisor to the United States Senate

Sportsmen's Caucus, and as the North American board chairman for Backcountry Hunters & Anglers, a national wildlife conservation and hunting organization.

4.      I left the firearms industry because I was concerned about what I believed to be irresponsible and dangerous marketing and sales practices. Since I left, I have served as an advisor to the 2020 Biden presidential campaign, I have testified twice before the U.S. Congress about the firearms industry and gun policy (before the House Committee on Oversight and Reform and the Joint Economic Committee, respectively), I have been called to testify in closed-door briefings at the U.S. Senate, and I currently serve as a Senior Advisor to Giffords. I remain a proud and active gun owner, outdoorsman, and advocate for responsible gun ownership. I have provided expert witness testimony in *Miller v. Bonta*, No. 3:19-cv-01536-BEN-JLB (S.D. Cal.), and *Duncan v. Bonta*, No. 3:17-cv-1017-BEN-JLB (S.D. Cal.) and in *Oregon Firearms Federation Inc. v. State of Oregon*, (Case No,  2:22-cv-01815-IM) and also in *Brumback v. Ferguson*, (Case No. 1:22-cv-03093-MKD) a lawsuit challenging Washington's high capacity magazine law

## OPINIONS

5.      I have reviewed the pertinent Massachusetts laws which defines and governs the sale of  "Assault Weapons" and "Large Capacity Magazines" and I am familiar with the features and function of both.

6.      With regards to opinions I offer below pertaining to the features and characteristics of  "assault rifles," I focus on several prominent defining features generally found on most such weapons regardless of platform. However, I pay particular attention to AR-15 platform firearms and all such "copies or duplicates" because firearms based on this particular

platform are now by far the most prevalent assault rifles in the United States and are therefore particularly illustrative of the issues in this case.

7.       Semiautomatic rifles, including AR and AK-platform rifles, as well as semiautomatic pistols and shotguns, are capable of firing one shot per each pull of the trigger. Centerfire firearms are chambered with centerfire ammunition, which has the primer located in the center of the base of the cartridge case (as opposed to the rim of the cartridge). Today's modern rimfire ammunition is almost always confined to small and less powerful cartridges, such as the .22LR. Bullets fired from these cartridges are small and light and move slower than almost all centerfire rifle ammunition. Rimfire chamberings are common in youth and "beginner" hunting rifles because they are relatively quiet and inexpensive and have low recoil. Conversely, modern centerfire ammunition requires a detonation of a primer in the center of the cartridge (CENTERfire) and these cartridges are generally much more powerful than rimfire cartridges. As an example, the .223, which is the most common AR-15 cartridge, fires bullets at more than 3000 feet/second, whereas a rimfire cartridge typically propels bullets at around 1100 feet/second. This increased centerfire velocity greatly increases the range and lethality of centerfire cartridges. Most handgun cartridges are also now centerfire and these cartridges generally fire bullets much larger than rimfire cartridges, usually at velocities of between 800 and 1500 feet/second. Generally, centerfire weapons fire higher-caliber ammunition and/or fire it at higher velocities. The AR-platform, in particular, is the civilian version of the military's select-fire M-16 and M-4 rifles, which are capable of fully automatic or burst firing. Based on my familiarity with the firearms industry, AR-platform rifles and similar semiautomatic rifles did not begin to sell in significant numbers until the late 2000s and particularly after the 2012 shooting at Sandy Hook Elementary in Newtown, Connecticut.

8.     The AR-platform is highly modular, enabling owners to customize their rifles with a variety of interchangeable components. Some components of a firearm are integral to its operation, such as a trigger mechanism or barrel, and the firearm will not function properly without them. But the particular components which qualify a weapon as an "assault weapon" if it is equipped with them, are not integral to the basic operation of any firearm and are not necessary to use a firearm effectively for self-defense or sporting purposes, such as hunting and I address some of these features in the following points.

9.     **Pistol grip.** Pistol grips beneath the action of a rifle or shotgun are not necessary to operate those weapons as designed. A pistol grip is a feature incorporated into some firearm stocks or as a piece separate from the stock, that allows the shooter to control and aim the rifle during periods of rapid fire. For many decades, non-pistol grip stock designs have been standard on firearms such as Remington 870 shotguns which are widely accepted to be among the most effective home defense guns ever built and which have been leading sellers in the firearms market. Even on AR-15s and similar rifles, stocks that do not incorporate this feature are currently sold in states such as California, and prominent, widely referenced firearms authorities on these topics, such as www.caligunner.com, assess those options and the function of these "compliant" (non-pistol grip) rifles in this manner: "Everyone has a preference on what looks the 'best' but the top picks below are *all great functioning options*."[1]  As also noted on that website, while "[s]ome people that are critical of the featureless option complain of the aesthetics of the available options," "the overall function of the rifle is mostly maintained," and "several companies continue to innovate and provide new products that look decent and perform well considering the constraints of the law." While a pistol grip beneath the action of a rifle may be

---

[1] https://caligunner.com/california-compliant-featureless-rifle/ (last visited Dec. 30, 2022).

useful during military operations because it helps the shooter stabilize the weapon and reduce muzzle rise during rapid fire, a pistol grip is not necessary to operate a firearm safely in lawful self-defense situations.

10.     **Forward Grip, Foregrip or Second Handgrip.** This feature is designed to aid in firearm stabilization during the rapid firing of assault rifles and assault pistols. The feature first gained prominence inside special operations military units where "cluttering" from accessories and extreme heat generated from the rapid firing of rifles were problems for troops in wartime situations. A concise description of the feature's first official origin is found in this firearms industry review from Lucky Gunner: "One of the items issued in this kit was a Knight's Armament vertical forward grip, and it was included in order to deal with the problem of the forward rails becoming too cluttered to hold correctly when the other accessories were mounted. It also retained the benefits of recoil control and heat mitigation that made it a popular feature on submachine guns."[2]  As this article details, forward grips can be an effective feature for troops charged with fast and efficient killing of enemy combatants in warfare, but in my opinion they are not a necessary feature for self defense.

11.     **Folding, telescoping, or thumbhole stock.** The stock is the part of a firearm that allows it to be held at the shoulder for firing. A folding or telescoping stock can be collapsed to shorten the length of the rifle (or extended to increase its length). A firearm does not need an adjustable stock to operate as designed and can be equipped with fixed-length stocks instead. Original rifles on which the current existing and newly manufactured AR-15s are based, and that were accepted by hundreds of thousands of military officers as their weapon of choice for

---

[2] https://www.luckygunner.com/lounge/how-to-hold-an-ar15-foregrip/ (last visited Jan. 10, 2023).

decades, did not incorporate a folding stock and no credible firearms authority I am aware of has ever claimed that those firearms did not function effectively due to the lack of a folding stock. Further, there are still non-folding stock options available today and all are sold and advertised as fully functioning options for semiautomatic and bolt action rifles.

12. **Barrel Shroud.** A barrel shroud wraps around the barrel of a rifle or pistol, enabling the shooter to grasp the barrel during firing without burning the non-trigger hand as the rifle heats up in rapid-fire and continuous-fire situations. A barrel shroud is not necessary to operate a rifle or pistol as designed in self defense situations.

13. **Flash Suppressors, muzzle brakes and muzzle compensators.** Muzzle brakes, and compensators are devices added to the end of a firearm barrel that are designed to direct the gas produced from firing in directions that result in reduced "felt recoil" and "muzzle rise." These devices are therefore designed to aid the shooter in staying on target in extended rapid fire situations. Some of these devices are also commonly referred to as flash suppressors, which are devices that are attached to the muzzle of a firearm to also reduce or redirect the flash when shooting. This feature is affixed to military rifles to redirect the light (muzzle flash) generated from the burning of gasses while firing which reduces the prevalence of "night blindness" that can develop during low-light firefights. A flash suppressor also disguises the origin of fire and avoids detection by enemy forces but has marginal benefit in civilian self-defense situations, even in low-light conditions. As evidence for the lack of self defense necessity for this feature, it is widely accepted that the most effective self-defense guns are handguns and home-defense shotguns. These firearms also produce muzzle rise and muzzle flash just like an AR-15 (or other assault rifles) and yet none require a "flash suppressor," "muzzle brake," or "compensator" device to operate effectively in self defense situations and I am not aware of any industry

authority or advertisement that has ever claimed that such a firearm will not function as designed without such a device.

14.     **Detachable magazines.** Magazines are containers which hold ammunition in spring-loaded preparation for feeding into the receiver of a firearm. Clips, while sometimes confused with magazines, are different and can generally be described as small holding devices that retain cartridges in preparation for faster loading into magazines. Magazines can either be "fixed," meaning they are integral within the gun, or "detachable," meaning they are not internally or permanently attached to the firearm. Many firearms, including some of the most revered self defense firearms ever built, incorporate "fixed" magazines which means that these containers are permanently affixed to or inside the firearm. Examples include most pump and semiautomatic shotguns where a tubular magazine is affixed under the barrel. Magazines of this sort can be temporarily or permanently "plugged" or shortened to regulate capacity. Many rimfire rifles, including many semiautomatic designs, incorporate the same general fixed tubular magazine design. Most lever action rifles use the same sort of tubular magazine. Many bolt action hunting rifles utilize a fixed "box magazine" design in which ammunition must be loaded into the permanent "box" below the bolt, and then fed into the receiver from that magazine with each cycle of the bolt. For "fixed magazine" firearms, in order to reload, the shooter must stop shooting and reload the magazine one cartridge at a time before resuming shooting. Conversely, detachable magazines enable a shooter to replace an empty or depleted magazine with a fresh magazine to resume firing in a manner that is much faster than stopping to reload fixed magazines. Unlike fixed magazines, detachable magazines can be preloaded and transported at the ready with the gun, effectively greatly increasing the potential number of rounds fired in any given period of time. For example, a component shooter with a common fixed-magazine bolt

action rifle may be able to accurately fire 15-20 rounds per minute with long pauses to reload whereas a component shooter with an AR-15 and preloaded large capacity magazines can accurately fire more than 100 rounds per minute with very short pauses to change magazines. Detachable magazines may hold as many as 100 or more ammunition rounds but will also function with a single round. It is my experience that magazines which limit capacity to as few as 5 rounds are commonly available and are often legally mandated for hunting in many states. It is my experience that even if large capacity magazines are available or sold with firearms today, all firearms companies offer lower capacity options (often 10 round versions to comply with laws in various states). Despite the recent proliferation of large capacity magazines, it is important to note that there is no known firearm that requires a large-capacity magazine to function as designed. By this I mean that all firearms that can accept a large-capacity magazine can also accept a magazine that holds fewer rounds and still function precisely as intended. This is true even of AR and AK-platform rifles. Although many of these rifles are sold with a 30 round magazine, the manufacturers all offer the optional purchase of 10 round or even lower capacity magazines and could easily offer magazines limited to almost any given round count. There are many pistols (such as the very popular Model 1911—which was the accepted defensive sidearm of the U.S. Military for decades and is still one of the most widely owned guns in the United States) that are built for magazines of eight rounds or less. Other widely popular guns such as the Sig P938 are also designed to function with seven or eight round magazines and these guns have been widely acclaimed by dozens of notable firearms industry experts as among the most effective concealed carry/self defense firearms on the market.[3] While larger 10-plus round

---

[3] USA Carry review of Sig 938 9mm handgun: https://www.usacarry.com/sig-sauer-p938-subcompact-9mm-review/ (last visited Jan. 10, 2023).

magazines exist for these pistols, a smaller magazine (standard seven or eight round) is considered preferable by almost all consumers because the physical size/profile of the shorter magazine is easier to carry, shoot and conceal. Still today, guns such as the 1911 and Sig938 are built to function with sub-10 round magazines. With regards to the 1911 design, it is so respected that direct copies are currently reproduced by many gun companies (Smith and Wesson, Ruger, Kimber, Springfield, Rock Island, Dan Wesson, and many other companies build and sell these 1911 pistols) and they are sold in high volumes by most retailers in the United States. These guns are still considered extremely effective self-defense firearms by many of the leading firearms trainers in the country and are widely labeled as an "expert's gun." For AR-15s and handguns, even where magazines with capacities of more than 10 rounds are prevalent, the industry always offers 10-round or "compliant" magazines as an option. I am not aware of a single case where those magazines have been advertised as inadequate or ineffective and I am not aware of any other expert or industry advertisement that claims these magazines render a gun as defective or unable to function in self defense situations.

15.     Because a large capacity magazine is not a required component for a firearm to operate, it is characterized as an accessory by the industry and should be considered as an accessory by the court. There is a massive market for magazines that far surpasses that of the market for firearms themselves in terms of numeric sales. There are companies, such as Magpul, that entirely specialize in firearms accessories including large capacity magazines. In fact, most firearms manufacturers do not consider the magazine as integral enough to build their own magazines for their own guns. In almost all cases even the largest gun manufacturers contract with "accessory makers" who build magazines and then supply them to the gun manufacturer who then sells the magazines with the guns but also as an "add-on" accessory. This is not true of

other "more integral components" such as barrels, triggers and firing pins. Based on my

experience, these magazines are a large profit center for the gun industry and sales of these

magazines are treated as a category separate from gun sales throughout the sales chain. For

example, I am aware of compensation programs from gun manufacturers that offer increased

payment for magazines as opposed to guns and retailers often incentivize their employees to

push a buyer to purchase additional magazines because it is known that consumers view the

purchase of magazines as separate from the gun and they are therefore viewed as "add-on sales"

for retailers. Almost always, these magazines are manufactured by third party companies (not the

manufacture of the firearm). The degree to which a magazine is viewed as an accessory by

firearms retailers is reinforced by the fact that when manufacturers add additional magazines to

the gun at time of sale as an incentive to encourage consumers to purchase the gun, the practice

often upsets the retailers who view this as taking away an accessory sale they could have made.

**I.**     **Features And Marketing of AR-15s and Similar "Assault Rifles"**

16.     All AR-15 firearms are derivatives of the Armalite Rifle (AR) model 15, which

was originally designed for the United States Military in the late 1950s. The AR-15 was

specifically designed to satisfy clearly-stated military requirements for an "assault rifle."  The

AR-15 incorporated features that achieved these requirements and those requirements included:

being lightweight, easily portable, accurate, high-capacity-capable, low recoil, and fast-firing.

The AR-15 was therefore adopted by the U.S. military in the early 1960s.

17.     One important and related feature of the AR-15 and the AK-47 is the

"chambering" or cartridge the rifle is designed to accept. The standard cartridge for the AR-15 is

a .223Rem which was selected by the military for very specific reasons. While it is commonly

reported that the AR-15 is a "high power" weapon, the .223 cartridge is not in fact "high power"

compared to almost all other hunting rifles which have been sold for more than a century in the United States. As an example, a common .30-06Spfg bolt action hunting rifle is much more powerful than an AR-15 chambered in .223 when individual shots from each are compared.  The .223 (and other similarly sized cartridges common in modern assault rifles) are small and fast but were not chosen because they are "high power" relative to most rifle rounds. Instead they were chosen for their combination of small size, fast bullet speed and low recoil impulse, which were all specifically requested in the military requirements. These characteristics were selected because they result in a rifle that can be high-capacity, accept loaded magazines which are easy to transport, and also be very easy to repeatedly fire while staying on target. "Higher power" guns such as most hunting rifles are generally more effective and powerful at longer ranges with one shot but they also produce much higher recoil impulses, are harder to transport, use ammunition that is larger/takes up more space, fire slower, and are much less effective in rapid fire offensive military operations. This is why AR-15 and AK-47 platform weapons remain the gun of choice for military operations in short and medium range scenarios where repeated and accurate offensive shooting is desired. These are the same general attributes desired by many recent mass shooters in the United States.

18.     While there is no universally accepted definition of "assault rifle," the term generally refers to a firearm that incorporates a set of physical features that increase the effectiveness of killing enemy combatants in offensive battlefield situations, usually in close and medium-range warfare. This list of features generally includes, but is not limited to, the features enumerated pertinent Masschusettes laws and includes pistol grips, semi-automatic or fully-automatic fire control systems, the capability to accept detachable magazines, folding or telescoping stocks, and barrel shrouds.

19.    Military versions of the AR-15, are generally capable of "fully automatic" and "burst" rates of fire. These firing modes, which produce multiple shots with one trigger pull, are generally used not to target and kill individual combatants but rather to suppress enemy fire. In addition, these guns can be switched between "fully automatic" mode and "semi-automatic" mode. The "semi-automatic" mode, which is the most commonly used mode on military rifles, is the mode that is most often deployed in battle to efficiently target and kill enemy troops. It is my experience that most respected Special Forces trainers teach that "semi-auto" is the preferred and most lethal setting in most wartime scenarios.

20.    United States civilian-legal versions of the AR-15 (and other "assault rifles" sold into the U.S. commercial market) are "semi-automatic" firearms.

21.    While the AR-15 and its "copies or duplicates" are by far the most common assault-style rifles in the United States, there are many other firearms that share the same purpose and generally have the same defining features. Those firearms include firearms utilizing all or part of the AK-47 platform as well as many others.

22.    The original patent for the gas operating system central to the AR-15 being rapidly fired with minimal recoil expired in 1977,[4] which subsequently allowed the engineering prints for the AR-15 to be publicly available to all firearms companies. From that point forward, there could have been a large-scale, immediate, and legal proliferation of direct copies of these rifles into the United States commercial market. But that did not happen, at least not until nearly two decades later. In fact, when I first started my work in the gun industry in the 1990s, AR-15s

---

[4] Gas Operated Bolt and Carrier System, U.S. Patent No. 2,951,424 (accessible at https://patents.google.com/patent/US2951424A/en).

were not common and the acceptance or promotion of this product category was thought to be irresponsible within the gun industry itself.

23.     This self-imposed industry "regulation" is evidenced in the commercial sales of AR-15s. During the period between 1964 and 1994, first for Colt, and then also for all companies who produced the guns after Colt's patent sunset, commercial AR-15 sales averaged fewer than 27,000 units per year for a total of about 787,000 units in the 30-year period 1964-1994[5]. Even during the 10-year period of the federal assault weapons ban (1994-2004), AR-15s were legal to produce and sell as long as they did not incorporate and combine additional features as enumerated in that legislation. Even after that federal legislation expired, the gun industry did not immediately begin producing or selling these guns in large numbers. That is because there was a continued unspoken agreement in the industry that these guns, which were very clearly designed for military-style, offensive (i.e., attacking) use, and related gun paraphernalia—including virtually all large capacity magazines, which were generally also considered to be for military-style, offensive use—would not be displayed at trade shows or used at industry-sponsored shooting events.

24.     This voluntary prohibition also extended to the largest sporting goods retailers in the country, none of which would sell or display the guns in their stores. Individuals in the shooting industry were asked not to bring such rifles to industry events or promote them publicly. This remained true as late as 2006. It was not until very recently that the gun industry began to push AR-15s and other assault-style guns, leading to their well-documented

---

[5] Estimating AR-15 Production, 1964-2017 (Nov. 9, 2019), http://www.alternatewars.com/Politics/Firearms/Count/AR15_Production.htm (last visited Jan. 12, 2023) (compiling data from the Bureau of Alcohol Tobacco, Firearms & Explosives' *Annual Firearms Manufacturing and Export Reports*, among other sources).

proliferation today, as shown in the following table of data compiled by the National Shooting

Sports Foundation (NSSF), the leading trade group in the firearms industry:[6]

## Estimated Modern Sporting Rifles in the United States 1990 – 2020

| Year | US Production less exports of MSR/AR platform | US Import less exports of MSR/AR, AK platform | ANNUAL TOTAL |
|------|------|------|------|
| 1990 | 43,000 | 31,000 | 74,000 |
| 1991 | 46,000 | 69,000 | 115,000 |
| 1992 | 33,000 | 72,000 | 105,000 |
| 1993 | 62,000 | 226,000 | 288,000 |
| 1994 | 103,000 | 171,000 | 274,000 |
| 1995 | 54,000 | 77,000 | 131,000 |
| 1996 | 27,000 | 43,000 | 70,000 |
| 1997 | 44,000 | 81,000 | 125,000 |
| 1998 | 70,000 | 75,000 | 145,000 |
| 1999 | 113,000 | 119,000 | 232,000 |
| 2000 | 86,000 | 130,000 | 216,000 |
| 2001 | 60,000 | 119,000 | 179,000 |
| 2002 | 97,000 | 145,000 | 242,000 |
| 2003 | 118,000 | 262,000 | 380,000 |
| 2004 | 107,000 | 207,000 | 314,000 |
| 2005 | 141,000 | 170,000 | 311,000 |
| 2006 | 196,000 | 202,000 | 398,000 |
| 2007 | 269,000 | 229,000 | 498,000 |
| 2008 | 444,000 | 189,000 | 633,000 |
| 2009 | 692,000 | 314,000 | 1,006,000 |
| 2010 | 444,000 | 140,000 | 584,000 |
| 2011 | 653,000 | 163,000 | 816,000 |
| 2012 | 1,308,000 | 322,000 | 1,630,000 |
| 2013 | 1,882,000 | 393,000 | 2,275,000 |
| 2014 | 950,000 | 237,000 | 1,187,000 |
| 2015 | 1,360,000 | 245,000 | 1,605,000 |
| 2016 | 2,217,000 | 230,000 | 2,447,000 |
| 2017 | 1,406,000 | 158,000 | 1,564,000 |
| 2018 | 1,731,000 | 225,000 | 1,956,000 |
| 2019 | 1,679,000 | 169,000 | 1,848,000 |
| 2020 | 2,466,000 | 332,000 | 2,798,000 |
| TOTALS | 18,901,000 | 5,545,000 | 24,446,000 |

Source: ATF AFMER, US ITC, Industry estimates

---

[6] https://www.nssf.org/wp-content/uploads/2022/07/EstMSR1990_2020.pdf (last visited Jan. 12, 2023).

25.     It is my experience that this proliferation is the result of a direct and purposeful industry marketing effort. In 2009 as part of this effort, the firearms industry through the NSSF, facilitated a public re-branding of "assault rifles" in an effort to make them more socially acceptable. As such, the NSSF broadly encouraged an industry-wide effort to rename such guns to "Modern Sporting Rifles" or MSRs. Even though the guns themselves were only steadily "improved" in the functional areas that generally impact lethality of a military assault rifle, industry members, including me, were then strongly encouraged to stop using the term "assault rifle" because that term was thought too transparent because the label referenced offensive military "assaults" which would therefore harm the public perception of such guns and the companies that build them.

26.     During the late 2000s and continuing through today, there has been a rapid increase in the number of companies that manufacture and market their own versions of AR-15s and other similar assault rifles. This has resulted in a transformation of the marketplace from only a few AR-15 manufacturers in 2000, to several hundred AR-15/assault rifle companies today. The list of AR-15 manufacturers now includes small, medium, and the largest firearms companies in the United States, all of whom are striving to obtain market share with "copies and duplicates" of what is effectively the same rifle. This reality has created a highly competitive market resulting in thousands of "continuous improvements" in the AR-15-style firearms sold to the general public as a way to encourage consumers to buy one rifle over another. Over time, these improvements have generally been incorporated on most rifles across the marketplace and therefore result in firearms that are almost universally more accurate, more portable, and more specifically tailored to produce lethal outcomes. Relative to the AR-15 assault rifles specified and then adopted by the U.S. military, these commercially available AR-15s of today are

generally more reliable, more accurate, more ergonomic, and therefore more effective. This trend of "improvement" continues and is proudly advertised each day by dozens of firearms companies. For example, this is a typical marketing page[7] for AR-15 manufactures in which a prominent company advertises the various ways in which its features "improve" upon the basic AR-15:





---

[7] https://danieldefense.com/daniel-dna (last visited Jan. 10, 2023).

27.     The increase in the AR-15 market has also facilitated an increase in accessory availability for the AR-15 and similar firearms (commonly referred to as "furniture"). Most AR-15s and similar firearms now incorporate features designed to accept one or more of dozens of accessories, all of which are designed and marketed to increase the effectiveness of the rifle in live-fire situations. The list of accessories includes highly-effective electronic optics, more sensitive triggers, devices such as bump stocks and modified trigger systems which convert guns to near-fully-automatic rates of fire, forward and pistol grip options, tactical lights, laser-pointing devices, high-capacity magazines, and many others. Almost none of these accessories were available to the United States military at the time of the rifle's adoption in the early 1960s and in many cases U.S. civilians can now outfit rifles in a manner "superior" to the rifles carried by the military. There are now hundreds of companies and retailers who encourage customers to make their rifles more effective by accessorizing. The following are examples of industry marketing efforts which illustrate this trend:[8]



---

[8] AR-15 accessory article examples: https://www.tactical-life.com/gear/top-10-black-guns-ar-accessories/  (last visited Jan. 10, 2023), and https://www.pewpewtactical.com/best-ar-15-furniture-accessories/ (last visited Jan. 10, 2023).

28.    The competitive AR-15/assault rifle marketplace has also resulted in manufacturers seeking to create new customers through professional, targeted marketing campaigns. Most of which overtly target young American males such as this example from 2010:[9]



---

[9] Bushmaster XM15 Mancard advertising article: https://www.ammoland.com/2010/05/bushmaster-man-card/#axzz7q0HQao58 (last visited Jan. 10, 2023).

29.     Other prevalent AR-15 marketing encourages potential customers, most of whom are young men, to buy and deploy the same weaponry as elite special forces units of the U.S. military. In other words, marketing within the industry itself admits and capitalizes on the AR-15-style weapons as military-style weapons, as in this example:[10]



[10] Michael Daly, *Uvalde Shooter's Gunmaker Hypes 'Revolutionary' New Killing Machine*, https://www.thedailybeast.com/uvalde-shooter-salvador-ramos-gunmaker-daniel-defense-hypes-revolutionary-new-killing-machine (last visited Jan. 10, 2023) (showing Daniel Defense advertisement).

30.     Smith and Wesson's AR-15 variant is now widely reported to be the best-selling AR-15 in the United States. These rifles have been used in notable mass shootings including in the Parkland Florida school shooting and in the Highland Park, IL July 4th parade shooting. Smith and Wesson's primary customers for this rifle are U.S. civilians who are generally not trained in military or police tactics nor monitored by military safety protocols, but the company's chosen name for this rifle, the M&P15, which means "Military and Police AR-15," suggests buyers will be equipped with the same rifles as trained military and police units.[11]



---

[11] https://www.smith-wesson.com/product/mp-15-sport-ii (last visited Jan. 10, 2023).

31.     An increasing number of smaller AR-15 manufacturers often seek to grow their market by advertising in ways that depict young men inciting or engaging in armed urban warfare, such as in this recent example from AR-15 maker Spike's Tactical which encourages men to deploy their AR-15s in armed conflict in specific U.S. cities:[12]



32.     Other AR-15 manufacturers now often seek to spur sales by depicting men deploying their personal AR-15s in self-appointed armed vigilante actions, such as this advertising image supplied by the AR-15 maker Patriot Ordnance Factory:[13]

---

[12] Spikes Tactical Antifa advertisement: https://www.spikestactical.com/press/left-wing-media-outlets-lose-minds-over-gun-ad-disregard-basic-rules-of-journalism/ (last visited Jan. 10, 2023).



33.     Some prominent AR-15 companies design and market their rifle models with specific suggested uses that bear obvious similarities to mass shooting events. This is one relevant example from AR-15 maker Wilson Combat:[14]



---

[13] https://pof-usa.com/wallpapers/ (last visited Jan. 10, 2023).

[14] https://www.wilsoncombat.com/ar-calibers/224-valkyrie/super-sniper/ (last visited Jan. 10, 2023).

34.     There are many AR-15 companies that combine the trends of continuous improvement, accessorization and modern digital marketing to encourage potential customers to personalize and optimize their rifles through an online ordering process. Below is one such example.[15] The official corporate name of this manufacturer further suggests the preferred use of their AR-15s is from "rooftops," which is precisely how the shooter during the July 4th Highland Park, IL parade deployed his AR-15 rifle.



35.     In my experience, many individuals in the firearms industry operate under the belief that the Protection in Lawful Commerce in Arms Act (PLCAA),[16] which became law in 2005, provides a liability shield for these and all future marketing practices. It is also my experience that the AR-15/assault rifle marketing as detailed in the examples above has increased in frequency and become much more explicit since PLCAA enactment.

---

[15] https://rooftoparms.com/ (last visited Jan. 10, 2023).

[16] 15 U.S.C. §§ 7901–7903.

ATTACHMENT 1

# RYAN **BUSSE**

440 Lake Hills Ln, Kalispell, MT 59901 · 406.253.0381
www.ryanbusseauthor.com
montanabusse@gmail.com · linkedin.com/ryan-busse · Twitter @ryandbusse · Instagram @ryanbusseauthor

## SPEAKER · FIREARMS INDUSTRY EXPERT · AUTHOR

### FIREARMS INDUSTRY AND GUN POLICY EXPERIENCE

#### GUN INDUSTRY CAREER

- **25-year sales and marketing executive** leader with extensive industry connections and knowledge
- Pioneered industry-changing dealer direct sales method
- Responsible for worldwide sales efforts and more than $250million in annual revenues
- Built one of the firearms industry's **most respected worldwide sales** teams from ground up.
- Developed and managed multi-million-dollar budgets
- Deep and thorough understanding of all competitive industry sales channels, marketing programs, and distribution methods
- **Recognized multiple times by industry peers** as one of three finalists for Industry Person of the Year (highest personal award in the shooting industry)
- **Expert on gun industry sales and marketing histories** and current firearms industry trajectory

#### WRITING AND SPEAKING
- Wrote critically acclaimed first-ever firearms industry personal memoir: **Gunfight – My Battle Against The Industry That Radicalized America (2021)**
- Regular contributor to **The Atlantic, The Bulwark, The Guardian**, and others
- Guest on more than 60 national podcasts
- Regular guest policy expert on **CNN, MSNBC, PBS, NPR, ABC, CBS**, and many others
- Keynote speaker

#### POLICY ADVISOR
- Senior Policy Advisor to **Giffords** (2020-current)
- Briefed **United States Senate** Democratic Caucus (2022)
- Advisor to **Biden for President** campaign – Hunting and Outdoor issues (2020)
- Testified before **Joint Economic Committee** (2022)
- Testified before **House Oversight and Reform Committee** (2022)

**See another notable policy, podcast, cable news, and national publication updates at
www.ryanbusseauthor.com**

### FIREARMS INDUSTRY AND CONSERVATION ORGANIZATION LEADERSHIP EXPERIENCE

**Kimber** July 1995-Sept 2020, Kalispell, Montana & Yonkers, New York
kimberamerica.com

**VICE PRESIDENT, SALES**                **EMPLOYEES:** 560
Overall worldwide sales authority, providing strategic leadership and direction of the most successful and pioneering dealer-direct sales model in the outdoor sporting goods industry. Lead projects, people and processes that build brand, drive innovation and retain competitive positioning.

- Created a highly successful, stand-alone sales operation and direct sales model producing exceptional employee work satisfaction, high efficiency and repeatable YOY sales results
- Produced consistent revenue growth by as much as 23% YOY
- Optimized operations and strategically cut costs during economic downturn, holding gross margins without increasing sales expense

**Backcountry Hunters & Anglers** 2014 – 2020, Missoula, Montana
backcountryhunters.org
**BOARD CHAIR, 2014-2020    EMPLOYEES:** 38

Backcountry Hunters & Anglers seeks to ensure North America's outdoor heritage of hunting and fishing in a natural setting, through education and work on behalf of wild public lands and waters.

- Drove membership with bold action and singular, strategic attention to public lands issues.
- Drove effort to partner with outdoor industry/community resulting in unexpected partnerships from brands such as Patagonia
- Played key leadership role in motivating nationwide "grasstops" to influence legislation such as SB 47 Passage (John Dingell Conservation, Management and Recreation Act)
- Lead public voice against reduction of National Monuments and degradation of Antiquities Act.

**Montana Conservation Voters** 2007-2013, Helena, Montana
mtvoters.org
Montana Conservation Voters is a statewide membership organization serving as the political voice of Montana's conservation and environmental community.

- Played key role in endorsement and election of conservation champions including U.S. Senator Jon Tester and Governor Steve Bullock
- Grew membership by 100% during tenure
- Guided campaigns for state and federal races with election year budgets of $2M+
- Increased operation budget 75% during tenure
- Developed key foundation support to secure organizational funding
- Grew full time employees from 3 to 5

## EDUCATION
Bachelor of Science, History and Political Science, 1992
Bethany College / Lindsborg, KS

Professional Marketing and Sales Management Certification, 2006
Rutgers University – School of Business / Camden, NJ