IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and JOSEPH R. CAPEN,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>Defendants. | Civil Action No. 1:22-cv-11431-FDS |

## NOTICE OF APPEARANCE

Michael M. Maya hereby enters his appearance in the above-captioned matter as counsel for proposed *amici*, Brady and March For Our Lives.

Dated: February 2, 2023

Respectfully submitted,

/s/ Michael M. Maya
Michael M. Maya (BBO #672847)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
mmaya@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Massachusetts using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

Dated: February 2, 2023

Respectfully submitted,

/s/ Michael M. Maya