UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and JOSEPH R. CAPEN,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:22-cv-11431-FDS |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney on behalf of amicus curiae, Everytown for Gun Safety Support Fund.

February 7, 2023

Respectfully submitted,

*s/ Adam Katz*
Adam Katz, BBO# 706834
Cooley LLP
500 Boylston Street
14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-2351
Facsimile: (617) 937-2400
akatz@cooley.com

## CERTIFICATE OF SERVICE

      I, Adam Gershenson, hereby certify that, on February 7, 2022, a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                   */s/ Adam Gershenson*