## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and JOSEPH R. CAPEN,<br><br>      Plaintiffs,<br><br>      v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>      Defendants. | Civil Action No. 1:22-cv- 11431-FDS |

## NOTICE OF APPEARANCE

Jennifer Loeb hereby enters her appearance in the above-captioned matter as counsel for proposed *amicus*, Giffords Law Center to Prevent Gun Violence.

Dated: February 8, 2023

                                              Respectfully submitted,

                                              */s/ Jennifer Loeb*
                                              Jennifer Loeb (*pro hac vice*)
                                              FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                              700 13th Street, NW
                                              Washington, DC 20005
                                              T: (202) 777-4500
                                              jennifer.loeb@freshfields.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Massachusetts using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

Dated: February 8, 2023

                                        Respectfully submitted,

                                        */s/ Jennifer Loeb*
                                        Jennifer Loeb (*pro hac vice*)
                                        FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                        700 13th Street, NW
                                        Washington, DC 20005
                                        T: (202) 777-4500
                                        jennifer.loeb@freshfields.com