IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS<br><br>and<br><br>JOSEPH R. CAPEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts,<br><br>and<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>    Defendants. | CIVIL ACTION No. 22-cv-11431-FDS |

## **PLAINTIFFS' AGREED MOTION TO EXCEED PAGE LIMITS**

Plaintiffs respectfully move for leave to exceed page limits to allow 50 pages for Plaintiffs' Reply in Support of their Motion for Preliminary Injunction. In support of this motion, Plaintiffs state:

1. On February 27, 2023, Plaintiffs' counsel and Defendant's counsel conferred about the expected length of Plaintiffs' Reply in Support of their Motion for Preliminary Injunction, and Defendant agreed to Plaintiffs' request to file a brief up to 50 pages in length.

2. Given the nature and complexity of the legal and factual issues in this case, Plaintiffs respectfully requests leave to file a brief of 50 pages.

1

3. There is good cause to grant Plaintiffs' request to extend the page limit for its reply brief.

4. This case was filed in the wake of the Supreme Court's landmark decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). Pursuant to the authority set forth in *Bruen*, Plaintiffs moved to enjoin enforcement of the State's ban on certain semi-automatic rifles and certain magazines.

5. In response, the State filed an opposition brief along with 1,452 pages of declarations and/or exhibits. In addition, three amicus briefs totaling 68 pages have been filed in opposition to Plaintiffs' motion.

6. Plaintiffs require additional pages for their reply in order adequately to respond to the massive amount of material submitted by the State and its *amici*.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Agreed Motion and enter an order allowing Plaintiffs 50 pages for their Reply in Support of their Motion for

*/s/ Barry K. Arrington*

---

Barry K. Arrington*
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
(303) 205-7870
barry@arringtonpc.com
*Pro Hoc Vice*

Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street
Suite 408
Arlington, MA 02476-4744
617-710-3616
Fax: 781-643-1126
Email: tharveyesq@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington