UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and JOSEPH R. CAPEN,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>      Defendant. | Civil Action No. 1:22-cv-11431-FDS |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Andrea Joy Campbell, in her official capacity as Attorney General of the Commonwealth of Massachusetts, submits this Notice of Supplemental Authority to apprise the Court of recent decisions issued since the Commonwealth's Surreply was filed on April 6, 2023.

- *Hanson v. District of Columbia*, 2023 WL 3019777, 22-cv-2256 (D.D.C. April 20, 2023) (**Exhibit A**), appeal docketed May 17, 2023 (D.C. Cir. No. 23-7061). In *Hanson*, the Plaintiffs sought a preliminary injunction to enjoin enforcement of a D.C. law banning possession of large-capacity magazines (defined as magazines holding more than 10 rounds of ammunition). The court denied the motion, holding that the law was constitutional, and therefore the plaintiffs lacked a likelihood of success on the merits. Plaintiffs appealed.

- *Herrera v. Raoul*, 2023 WL 3074799, 23-cv-00532 (N.D. Ill. April 25, 2023) (**Exhibit B**), appeal docketed April 26, 2023 (7th Cir. No. 23-1793). In *Herrera*, the

Plaintiff sought a preliminary injunction to enjoin enforcement of a (1) City of Chicago ordinance, (2) Cook County Code section, and (3) Illinois state law, all banning possession of certain "assault weapon[s]" and large capacity-magazines capable of accepting more than 10 round of ammunition (for rifles) or 15 rounds of ammunition (for handguns).  The court denied the motion, holding the Plaintiff was unlikely to succeed on the merits and, additionally, had not shown that he would suffer irreparable harm absent a preliminary injunction.  Plaintiff appealed.  The appeal has been consolidated with *Barnett* and *Bevis* in the Seventh Circuit, with briefing ongoing and oral argument set for June 29, 2023.

- *Barnett v. Raoul*, 2023 WL 3160285, 23-cv-00209 (S.D. Ill. April 28, 2023) (**Exhibit C**), appeal docketed May 2, 2023 (7th Cir. No. 23-1825).  In *Barnett*, the Plaintiffs in four consolidated cases sought a preliminary injunction to enjoin enforcement of the Illinois state law banning possession of certain assault weapons and large-capacity magazines.  The court granted the motion and enjoined enforcement of certain provisions of the statute.  The State of Illinois appealed and moved to stay the injunction pending appeal.  The Seventh Circuit granted a stay pending further order of the court on May 4, 2023 and extended the stay on May 12, 2023 until the court's mandate on the consolidated appeals has issued.  The appeal has been consolidated with *Herrera* and *Bevis* in the Seventh Circuit, with briefing ongoing and oral argument set for June 29, 2023.

- *Bevis v. City of Naperville*, 142 S.Ct. 844, Supreme Court Docket No. 22A948 (May 17, 2023) (**Exhibit D**), application for a writ of injunction pending appeal denied. The appeal (7th Cir. No. 23-1353) of this denial of a preliminary injunction (N.D. Ill.

22-cv-04775), previously cited in the Commonwealth's briefing, has been consolidated with *Herrera* and *Barnett* in the Seventh Circuit, with briefing ongoing and oral argument set for June 29, 2023.

| | |
|---|---|
| May 25, 2023 | Respectfully submitted,<br><br>ANDREA JOY CAMPBELL,<br>in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>*s/ Julie E. Green*<br>Julie E. Green, BBO # 645725<br>Grace Gohlke, BBO # 704218<br>Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108-1698<br>(617) 963-2085<br>(617) 963-2527<br>(617) 727-5785 (Facsimile)<br>Julie.Green@mass.gov<br>Grace.Gohlke@mass.gov |

## **CERTIFICATE OF SERVICE**

I, Grace Gohlke, hereby certify that a true and correct copy of the foregoing document, including all exhibits attached hereto, was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 25, 2023.

*s/ Grace Gohlke*