**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS<br><br>and<br><br>JOSEPH R. CAPEN,<br><br>              Plaintiffs,<br><br>       v.<br><br>CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts,<br><br>and<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>            Defendants. | CIVIL ACTION No. 22-cv-11431-FDS |

## <u>NOTICE OF APPEAL</u>

       Plaintiffs National Association for Gun Rights and Joseph R. Capen hereby appeal, pursuant to 28 U.S.C. § 1292, to the United States Court of Appeals for the First Circuit from the District Court's December 21, 2023 Memorandum and Order on Plaintiffs' Motion for Preliminary Injunction [ECF 62].

*/s/ Barry K. Arrington*
_____
Barry K. Arrington*
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
(303) 205-7870
barry@arringtonpc.com
*Pro Hoc Vice*

Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street
Suite 408
Arlington, MA 02476-4744
617-710-3616
Fax: 781-643-1126
Email: tharveyesq@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington