UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Capen et al v. Campbell et al

District Court Number: 1:22-cv-11431-FDS

Fee: Paid? Yes _X_ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No _X_

Motions Pending     Yes ____ No _X_     Sealed documents     Yes ____ No _X_
If yes, document #                         If yes, document #

*Ex parte* documents  Yes ____ No _X_     Transcripts          Yes _X_ No ____
If yes, document #                         If yes, document # 59

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent ____   Other: ____

Appeal from:

# 62 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

# 62 and # 63

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 63 filed on 1/10/2024.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/10/2024.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Arnold Pacho
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**