# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS<br><br>and<br><br>JOSEPH R. CAPEN,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>        Defendant. | CIVIL ACTION No. 22-cv-11431-FDS |

## JOINT MOTION FOR A STAY PENDING RESOLUTION OF INTERLOCUTORY APPEAL

The parties submit the following Joint Motion for a Stay Pending Resolution of the Interlocutory Appeal for the Court's review.

1. On December 21, 2023, the Court entered its Order denying Plaintiffs' motion for preliminary injunction.

2. On January 10, 2024, Plaintiffs filed their Notice of Appeal appealing the Court's Order to the United States Court of Appeals for the First Circuit, which has been docketed as Case No. 24-1061.

3. This Court has scheduled a status conference for February 8, 2024 at 3:30 p.m.

4. The parties agree that a stay of proceedings in this Court would be beneficial to this Court and the parties. Courts frequently stay cases when interlocutory appeals are pending. This makes sense because the guidance received from the appellate court will probably have a

direct impact on discovery and further proceedings in this Court. The Court will thus conserve its and the parties' resources and promote judicial economy through such a stay.

     5.     Accordingly, the parties respectfully request the Court to stay further proceedings in this matter pending resolution of the pending appeal. If the stay obviates the need for the status conference, then the parties request that scheduled status conference be canceled.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington*
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
(303) 205-7870
barry@arringtonpc.com

Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street
Suite 408
Arlington, MA 02476-4744
617-710-3616
Fax: 781-643-1126
tharveyesq@aol.com
*Attorneys for Plaintiffs*


ANDREA JOY CAMPBELL,
in her official capacity as Attorney General
of the Commonwealth of Massachusetts,

*/s/ Grace Gohlke*
_____
Julie E. Green, BBO # 645725
Grace Gohlke, BBO # 704218
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2085

2

(617) 963-2527
(617) 727-5785 (Facsimile)
Julie.Green@mass.gov
Grace.Gohlke@mass.gov
*Attorneys for Defendant*