# United States Court of Appeals
## For the First Circuit

No. 24-1061

JOSEPH R. CAPEN; NATIONAL ASSOCIATION FOR GUN RIGHTS,

Plaintiffs - Appellants,

v.

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,

Defendant - Appellee,

CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts,

Defendant.

**MANDATE**

Entered: May 9, 2025

In accordance with the judgment of April 17, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Barry K. Arrington, Mariel A. Brookins, Paul D Clement, Thomas Edmund Dwyer Jr., Jeremy Feigenbaum, Adam S. Gershenson, Grace Gohlke, Julie Elisabeth Green, Thomas Michael Harvey, Timothy Channing Hester, Douglas Neal Letter, Jennifer Loeb, Michael M. Maya, Erin E. Murphy, Peter F. Neronha, Matthew D. Rowen, William James Taylor Jr., William M. Tong