# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS<br><br>and<br><br>JOSEPH R. CAPEN,<br><br>          Plaintiffs,<br><br>          v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>          Defendant. | CIVIL ACTION No. 22-cv-11431-FDS |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE SET FOR JULY 9, 2025

The parties submit the following Joint Motion to Continue the Status Conference Set for July 9, 2025 for the Court's review.

As grounds for this motion, undersigned counsel for the Defendant states that she will be out of the country on a pre-planned vacation from July 3 through July 13, 2025 without reliable telephone access, and so is unavailable to appear by telephone for the scheduled status conference on July 9, 2025, at 3:00 pm.

The parties therefore request that the Court reset the status conference for any date after July 14, 2025, excluding the afternoon of Tuesday, July 15, 2025, the afternoon of Wednesday, July 23, 2025, and the afternoon of Wednesday, July 30, 2025, when undersigned counsel for the Defendant is scheduled to appear for hearings in other matters, and also excluding July 31 and August 1, 2025, when undersigned counsel for the Defendant will be out of the office.

ANDREA JOY CAMPBELL,
in her official capacity as Attorney General
of the Commonwealth of Massachusetts,

*/s/ Grace Gohlke*

Grace Gohlke, BBO # 704218
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2527
Grace.Gohlke@mass.gov
*Attorneys for Defendant*

NATIONAL ASSOCIATION FOR
GUN RIGHTS and JOSEPH R. CAPEN,

*/s/ Barry Arrington*

Barry K. Arrington*
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
(303) 205-7870
barry@arringtonpc.com

Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street
Suite 408
Arlington, MA 02476-4744
617-710-3616
Fax: 781-643-1126
tharveyesq@aol.com
*Attorneys for Plaintiffs*

**Admitted pro hac vice*