## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS<br><br>and<br><br>JOSEPH R. CAPEN,<br><br>              Plaintiffs,<br><br>       v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>         Defendant. | CIVIL ACTION No. 22-cv-11431-FDS |

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)</u>

Then undersigned affirm the following, pursuant to Local Rule 16.1(d)(3):

1.      The above-captioned Defendant is an official of the Commonwealth of Massachusetts who is named in her official capacity. Where the above-named Defendant is sued in her official capacity only, the true party-in-interest is the Commonwealth of Massachusetts through the Attorney General's Office.

2.      The Chief Operating Officer of the Attorney General's Office ("AGO") is an authorized representative of the AGO for purposes of this Certification.

3.      The undersigned representative of the AGO hereby certifies that, to the extent as has been practicable to date, the above-captioned Defendant and her counsel have conferred with respect to establishing a budget for costs associated with this litigation through Fiscal Year 2027.

4.      The undersigned representative of the AGO also certifies that the Defendant and her counsel have conferred and share the view that resolution of the above-captioned litigation

through the use of alternative dispute resolution programs is unlikely at this time, given the

nature of this constitutional challenge.


ANDREA JOY CAMPBELL,
ATTORNEY GENERAL,


*/s/ Paula McManus*
Paula M. McManus
Chief Operating Officer
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963.2120



Respectfully submitted,

*/s/ Grace Gohlke*
Grace Gohlke, BBO # 704218
Julie Frohlich, BBO # 554707
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2527
(617) 963-2394
Grace.Gohlke@mass.gov
Julie.Frohlich@mass.gov


July 31, 2025

### CERTIFICATE OF SERVICE

I, Grace Gohlke, hereby certify that, on July 31, 2025, a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Grace Gohlke*