IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS<br><br>and<br><br>JOSEPH R. CAPEN,<br><br>               Plaintiffs,<br><br>               v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>               Defendant. | CIVIL ACTION No. 22-cv-11431-FDS |

## SCHEDULING ORDER

**SAYLOR, J.**

      This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery and Motion Practice**

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1. **Initial Disclosures:** The parties have agreed that due to the nature of the claims and defenses at issue in this suit, initial disclosures are not necessary. Accordingly, the Court relieves the parties of the obligation to make initial disclosures.

2. **Amendments to Pleadings**: An amended complaint shall be filed by **September 5, 2025**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed thereafter.

**3.** **Fact Discovery**
All discovery, other than expert discovery, must be completed by **March 20, 2026.**

4. **Status Conference.** A status conference will be held, at a date and time to be scheduled at the Court's convenience, during the week of March 23, 2026.

5. **Expert Discovery**

    a. Opening expert reports must be disclosed by **June 26, 2026**

    b. Rebuttal expert reports, if any, must be disclosed by **September 4, 2026**

    c. All expert discovery must be completed by **October 30, 2026.**

6. **Dispositive Motions**

    a. Plaintiffs' motion for summary judgment must be filed by **December 11, 2026.**

    b. Defendants' opposition and cross-motion for summary judgment must be filed by **January 20, 2027.**

    c. Plaintiffs' reply in support of their summary judgment motion and opposition to Defendants' cross-motion must be filed by **February 10, 2027.**

    d. Defendants' reply in support of their summary judgment motion must be filed by **March 3, 2027.**

7. **Initial Pretrial Conference.** The parties anticipate that this case is likely to be resolved at summary judgment. If, after all summary judgment briefs have been ruled upon, there is any portion of this case that is left for trial, the parties shall meet and confer and propose a schedule for a final pretrial conference and for trial to the Court at that time.

## Procedural Provisions

1. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

3. **Reply Memoranda**. Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum. Parties may otherwise file reply or surreply memoranda only with leave of court. When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

4. **Status Conferences.** The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

5. **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled. Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

6. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

Date:  8/8/2025

By the Court,

/s/ F. Dennis Saylor, IV
Saylor, J.

3. **Reply Memoranda**. Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum. Parties may otherwise file reply or surreply memoranda only with leave of court. When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

4. **Status Conferences.** The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

5. **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled. Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

6. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

Date:  8/8/2025

By the Court,

/s/ F. Dennis Saylor, IV
Saylor, J.