IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS<br><br>and<br><br>JOSEPH R. CAPEN,<br><br>     Plaintiffs,<br><br>   v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>     Defendant. | CIVIL ACTION No. 22-cv-11431-FDS |

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

  Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties submit the following stipulation for entry of protective order to govern the handling of confidential information exchanged during discovery in this action.

1. The parties anticipate that discovery will involve the production of sensitive and confidential information, including but not limited to proprietary business data from third parties. Disclosure of such information without restriction could result in competitive harm, breach of privacy, or other prejudice to the parties or third parties.

2. Under Rule 26(c), a court may issue a protective order for good cause to protect a party or person from annoyance, embarrassment, oppression, or undue

1

burden or expense. The parties agree that a protective order is necessary to safeguard confidential information while allowing discovery to proceed efficiently.

3. A proposed protective order is attached to this motion.

4. The entry of the proposed protective order will facilitate the exchange of necessary discovery materials while protecting the legitimate interests of the parties and third parties. It will not impose an undue burden or expense on any party and is consistent with the efficient administration of justice.

    WHEREFORE, the parties respectfully request that this Court enter the proposed protective order attached hereto.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
(303) 205-7870
barry@arringtonpc.com

Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street
Suite 408
Arlington, MA 02476-4744
617-710-3616
Fax: 781-643-1126
tharveyesq@aol.com
*Attorneys for Plaintiffs*


ANDREA JOY CAMPBELL,
in her official capacity as Attorney General
 of the Commonwealth of Massachusetts,

*/s/ Grace Gohlke*
_____

Grace Gohlke
Aaron Macris
Massachusetts Attorney General's Office
Constitutional & Administrative Law Division
McCormack Building
One Ashburton Place
20th Floor
Boston, MA 02108
617-963-2527
617-963-2987
grace.gohlke@mass.gov
aaron.macris@mass.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington