UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and JOSEPH R. CAPEN, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts, <br><br> Defendant. | Civil Action No. 1:22-cv-11431-FDS |

**DEFENDANT ATTORNEY GENERAL ANDREA JOY CAMPBELL'S
UNOPPOSED MOTION TO CONSOLIDATE PRESENT MATTER
WITH *HANLON v. CAMPBELL* (25-cv-12325)**

Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 40.1(k), the Defendant Andrea Joy Campbell, in her official capacity as Attorney General of the Commonwealth of Massachusetts (the "Defendant"), hereby moves to consolidate this matter with the later-filed matter of *Hanlon v. Campbell* (25-cv-12325), which is currently pending before Judge Stearns. Defendant seeks consolidation for all purposes, without prejudice to Plaintiffs' ability to seek severance for purposes of trial at the appropriate juncture, if any claim proceeds past the summary judgment stage. In support of this motion, the Defendant incorporates the simultaneously filed memorandum of law. Plaintiffs in each of the two cases have indicated that they do not intend to oppose this motion.

WHEREFORE, Defendant respectfully requests that this Court consolidate this matter with *Hanlon v. Campbell* (25-cv-12325) for all purposes and further order that (1) the scheduling order issued in this matter on August 8, 2025 (Docket No. 82) controls both consolidated cases,

*except that* the answer to the complaint in *Hanlon* remains due on or before October 24, 2025 and any amendment to the pleadings in *Hanlon* be due by November 14, 2025, and (2) the stipulated protective order entered in this matter on September 25, 2025 (Docket No. 87) also applies to the parties in the *Hanlon* matter, reserving the rights of the *Hanlon* plaintiffs to seek a modification of the protective order under the terms laid out within that protective order.

October 3, 2025                                Respectfully submitted,

ANDREA CAMPBELL,
in her official capacity as Attorney General of the
Commonwealth of Massachusetts,

*/s/ Grace Gohlke*

Grace Gohlke, BBO # 704218
Aaron Macris, BBO # 696323
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2527
(617) 963-2987
(617) 727-5785 (Facsimile)
Grace.Gohlke@mass.gov
Aaron.Macris@mass.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Grace Gohlke, hereby certify that on September 30, 2025 by videoconference and then by subsequent emails, I conferred with counsel for the Plaintiffs in this matter and counsel for the Plaintiffs in the *Hanlon* matter and both sets of Plaintiffs have indicated that they do not intend to oppose this motion.

                                                              */s/ Grace Gohlke*
                                                              Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Grace Gohlke, hereby certify that a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 3, 2025. I also certify that courtesy copies of this motion have been served on counsel in *Hanlon v. Campbell* (25-cv-12325) by email.

                                                              */s/ Grace Gohlke*
                                                              Assistant Attorney General