IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS<br><br>and<br><br>JOSEPH R. CAPEN,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>　　　　　Defendant. | CIVIL ACTION No. 22-cv-11431-FDS |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to Local Rule 83.5.2(c), Barry K. Arrington moves the Court for leave to withdraw as attorney of record for Plaintiffs. In support thereof, Movant states:

1. Barry K. Arrington has been counsel of record for Plaintiffs National Association for Gun Rights and Joseph R. Capen since November 8, 2022.

2. Mr. Arrington has obtained new employment that precludes continued representation in this matter. Specifically, he has accepted a position with the United States Department of Justice.

3. Plaintiffs have been notified of this motion and consent to the withdrawal.

4. No trial date has been set in this matter.

1

5. Withdrawal will not cause undue delay or prejudice to the parties, as this matter is currently stayed.

6. The Plaintiffs will continue to be represented by Thomas M. Harvey.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting leave to withdraw as attorney of record for the Plaintiffs.

/s/ Barry K. Arrington
_____
Barry K. Arrington
Arrington Law Firm
3948 Legacy Drive, Suite 106-312
Plano, Texas 75023
Telephone: (303) 205-7870
Email: barry@arringtonpc.com
*Pro Hoc Vice*

Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street
Suite 408
Arlington, MA 02476-4744
617-710-3616
Fax: 781-643-1126
Email: tharveyesq@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record. The undersigned provided notice of withdrawal to Plaintiffs by telephone and email on March 2, 2026.

/s/ Barry K. Arrington
_____
Barry K. Arrington