**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

------------------------------------------------------- X
                      :

CAPEN ET AL.,                 :         Case No.: 22-cv-11431 (FDS)
                      :

       Plaintiff,        :

                      :

      -against-       :

                      :

CAMPBELL ET AL.,     :

                      :

       Defendant.     :

                      :

------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Rule 83.5.2(c)(1), Adam Gershenson withdraws his appearance as counsel for Amicus Everytown for Gun Safety Support Fund (Everytown). Please take note that Everytown continues to be represented by all other counsel of record.


Dated: March 20, 2026           Respectfully submitted,

                            By: */s/ Adam S. Gershenson*

                            Adam S. Gershenson
                            WEIL, GOTSHAL & MANGES LLP
                            100 Federal Street, 34th Floor
                            Boston, MA 02110
                            617-772-8300
                            adam.gershenson@weil.com

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 20th day of March, 2026, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Adam S. Gershenson*
Adam S. Gershenson