**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAPEN, *et al.*,           )<br>            )<br>            )<br>     *Plaintiffs*,    )<br>            )<br>            )<br>    v.              )<br>            )<br>CAMPBELL*, et al.*,     )<br>            )<br>     *Defendants.*    )<br>            )<br>            ) | Civil Action No. 22-cv-11431 (FDS) |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

PLEASE TAKE NOTICE that pursuant to Local Rule 83.5.2(c)(1), Adam Katz withdraws his appearance as counsel for Amicus Everytown for Gun Safety Support Fund (Everytown). Please take note that Everytown continues to be represented by counsel of record.

Dated:  March 23, 2026

Respectfully submitted,

<u>*/s/* Adam M. Katz</u>
Adam M. Katz (BBO #706834)
SIMPSON THACHER & BARTLETT LLP
855 Boylston Street
Boston, MA 02116
Telephone: (917) 696-6102
adam.katz@stblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF on March 23, 2026.

> */s/ Adam M. Katz*
> Adam M. Katz
> Dated: March 23, 2026